**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01735-EWN

TSOLAK RAZMIK YEGHISHYAN,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States,
MICHAEL CHERTOFF, Secretary of the Department of Homeland Security,
UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
ROBERT MATHER, U.S. Citizenship and Immigration Services, District Director, Denver District Office,
FEDERAL BUREAU OF INVESTIGATION,
ROBERT MUELLER, Director, Federal Bureau of Investigation,

    Defendants.

---

**ORDER**

---

    The Court, having been advised of the status of this action at a Status Conference held on October 5, 2007, hereby ORDERS that this action is remanded to United States Citizenship and Immigration Services and that United States Citizenship and Immigration Services is to conduct its anticipated interview of Plaintiff and then adjudicate Plaintiff's application for naturalization no later than November 5, 2007.

DATED: October 10, 2007

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              Chief United States District Judge